UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER           :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
:
:
-----------------------------------------------------------------X
CARLOS ASMAL,                            :   08-CV-02563-AKH
:
            Plaintiff,   :   **APPEARANCE**
:
- against -                              :
:   **ELECTRONICALLY FILED**
222 BROADWAY, LLC, *et al.*,             :
:
           Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       June 26, 2008

                      By:    /s/ Judith R. Cohen
                           _____
                           Judith R. Cohen (JC-8614)
                           1177 Avenue of the Americas
                           New York, New York 10036
                           Phone: (212) 277-6500
                           Fax: (212) 277-6501

                           *Attorney for Defendants*
                           MERRILL LYNCH & CO., INC. and
                           222 BROADWAY, LLC

DOCSNY-314034